| Plan Year | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| Start Date | 5/1/2025 | 5/1/2026 | 5/1/2027 | 5/1/2028 | 5/1/2029 |
| End Date | 4/30/2026 | 4/30/2027 | 4/30/2028 | 4/30/2029 | 4/30/2030 |
| Marketing Analysts LLC | PROJECTED | PROJECTED | PROJECTED | PROJECTED | PROJECTED |
| Projected Budget and Cash Flow | (PLAN PHASE) | (PLAN PHASE) | (PLAN PHASE) | (PLAN PHASE) | (PLAN PHASE) |
|  | **05/01/2025 - 04/30/2026** | **05/01/2026 - 04/30/2027** | **05/01/2027 - 04/30/2028** | **05/01/2028 - 04/30/2029** | **05/01/2029 - 04/30/2030** |
| Cash Beginning Bal. | $ 134,559.40 | $ 108,887.23 | $ 59,802.39 | $ 38,330.22 | $ 18,958.05 |
| Cash Receipts | $ 2,335,000.00 | $ 2,340,000.00 | $ 2,345,000.00 | $ 2,350,000.00 | $ 2,355,000.00 |
| Refunds/Overpayments | $ - | $ - | $ - | $ - | $ - |
| Cash Plus Gross Rev Income | $ 2,469,559.40 | $ 2,448,887.23 | $ 2,404,802.39 | $ 2,388,330.22 | $ 2,373,958.05 |
| Total COGS | $ (1,354,300.00) | $ (1,357,200.00) | $ (1,360,100.00) | $ (1,363,000.00) | $ (1,365,900.00) |
| Vendors | $ (1,354,300.00) | $ (1,357,200.00) | $ (1,360,100.00) | $ (1,363,000.00) | $ (1,365,900.00) |
| **Gross Cash** | **$ 1,115,259.40** | **$ 1,091,687.23** | **$ 1,044,702.39** | **$ 1,025,330.22** | **$ 1,008,058.05** |
| Total Expenses | $ (1,006,372.17) | $ (1,031,884.84) | $ (1,006,372.17) | $ (1,006,372.17) | $ (1,006,997.17) |
| **Debt Payments According to Proposed Plan** | **$ (128,997.84)** | **$ (128,997.84)** | **$ (128,997.84)** | **$ (128,997.84)** | **$ (128,997.84)** |
| **Class 1** | $ (6,341.04) | $ (6,341.04) | $ (6,341.04) | $ (6,341.04) | $ (6,341.04) |
| **Class 2** | $ (80,056.80) | $ (80,056.80) | $ (80,056.80) | $ (80,056.80) | $ (80,056.80) |
| **Class 3** | $ (24,600.00) | $ (24,600.00) | $ (24,600.00) | $ (42,600.00) | $ (42,600.00) |
| **Unclassified** | $ (18,000.00) | $ (18,000.00) | $ (18,000.00) | $ - | $ - |
| **Trustee Fees** | $ (6,000.00) | $ (6,000.00) | $ (6,000.00) | $ - | $ - |
| **Campbell Law Firm** | $ (12,000.00) | $ (12,000.00) | $ (12,000.00) | $ - | $ - |
| Accounting/Professional Fees | $ (60,000.00) | $ (60,000.00) | $ (60,000.00) | $ (60,000.00) | $ (60,000.00) |
| General Consulting | $ (6,000.00) | $ (6,000.00) | $ (6,000.00) | $ (6,000.00) | $ (6,000.00) |
| Telephone & Internet | $ (6,000.00) | $ (6,000.00) | $ (6,000.00) | $ (6,000.00) | $ (6,000.00) |
| Bank Charges | $ (1,200.00) | $ (1,200.00) | $ (1,200.00) | $ (1,200.00) | $ (1,200.00) |
| Subscriptions | $ (10,800.00) | $ (10,800.00) | $ (10,800.00) | $ (10,800.00) | $ (10,800.00) |
| Bayesia **[paid annually]** | $ (11,500.00) | $ (11,500.00) | $ (11,500.00) | $ (11,500.00) | $ (11,500.00) |
| Taxes for Insiders **[paid annually, based on LLC income]** | $ - | $ - | $ - | $ - | $ - |
| Staff Wages | $ (300,000.48) | $ (311,538.96) | $ (300,000.48) | $ (300,000.48) | $ (300,000.48) |
| Staff Payroll Taxes | $ (28,218.22) | $ (28,786.95) | $ (28,218.22) | $ (28,218.22) | $ (28,218.22) |
| Staff Payroll Processing | $ (6,124.59) | $ (6,254.99) | $ (6,124.59) | $ (6,124.59) | $ (6,124.59) |
| 401K-Plan Administrator **[paid quarterly $625]** | $ (2,500.00) | $ (2,500.00) | $ (2,500.00) | $ (2,500.00) | $ (3,125.00) |
| Insurance (BOP and Umbrella) **[paid annually $2400]** | $ (2,400.00) | $ (2,400.00) | $ (2,400.00) | $ (2,400.00) | $ (2,400.00) |
| Insurance (Health) | $ (13,439.70) | $ (13,090.83) | $ (13,439.70) | $ (13,439.70) | $ (13,439.70) |
| Employee Benefit Management | $ (9,052.20) | $ (9,052.20) | $ (9,052.20) | $ (9,052.20) | $ (9,052.20) |
| Worker's Comp | $ (882.48) | $ (882.48) | $ (882.48) | $ (882.48) | $ (882.48) |
| Network Security and Services | $ (12,000.00) | $ (12,000.00) | $ (12,000.00) | $ (12,000.00) | $ (12,000.00) |
| Travel & Client Expenses (Court Attendance + Client Meetings) | $ (12,000.00) | $ (12,000.00) | $ (12,000.00) | $ (12,000.00) | $ (12,000.00) |
| Insider Salary | $ (320,000.20) | $ (332,307.90) | $ (320,000.20) | $ (320,000.20) | $ (320,000.20) |
| Insider Health Insurance | $ (30,899.64) | $ (30,899.64) | $ (30,899.64) | $ (30,899.64) | $ (30,899.64) |
| Insider Payroll Taxes | $ (31,361.98) | $ (32,568.21) | $ (31,361.98) | $ (31,361.98) | $ (31,361.98) |
| Insider Payroll Processing | $ (3,218.56) | $ (3,328.56) | $ (3,218.56) | $ (3,218.56) | $ (3,218.56) |
| Insurance (Officer Life Ins-Company Owned - Clark) **[monthly]** | $ (7,670.28) | $ (7,670.28) | $ (7,670.28) | $ (7,670.28) | $ (7,670.28) |
| Insurance (Officer Life Ins-Company Owned - Pascale) **[semi-annual]** | $ (2,106.00) | $ (2,106.00) | $ (2,106.00) | $ (2,106.00) | $ (2,106.00) |
| **Net Cash Position** | **$ 108,887.23** | **$ 59,802.39** | **$ 38,330.22** | **$ 18,958.05** | **$ 1,060.88** |
| **Change in Cash Position** | **$ (25,672.17)** | **$ (49,084.84)** | **$ (21,472.17)** | **$ (19,372.17)** | **$ (17,897.17)** |