**U.S. BANKRUPTCY COURT**
**District of South Carolina**

Case Number:  **24-03671-jd**

# ORDER CONFIRMING CHAPTER 11 PLAN

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby ORDERED.

**FILED BY THE COURT**
**06/04/2025**



*S. Jefferson Davis IV*
US Bankruptcy Judge
District of South Carolina

Entered: 06/04/2025

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>Marketing Analysts, LLC<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NO: 24-03671-JD<br><br>ORDER CONFIRMING PLAN |

The amended plan under chapter 11 of the Bankruptcy Code filed by the debtor(s) on April 15, 2025, or a summary thereof, having been transmitted to the creditors and equity security holders, and

It having been determined, after hearing on notice that the requirements for confirmation set forth in 11 U.S.C. § 1191(a) have been satisfied,

**IT IS ORDERED** that:

The amended plan filed by Marketing Analysts, LLC, on April 15, 2025 is confirmed.

IT IS FURTHER ORDERED that the debtor(s):

(1) file with the Court, pursuant to Fed. R. Bankr. P. 2015(a) and SC LBR 2015-3, until the case is closed, monthly operating reports in a form approved by the United States trustee. The reports must include any action taken toward consummation of the plan; and

(2) file, within 90 days after the entry of this Order:

    (a) an application for final decree;
    (b) a report of substantial consummation (no later than 14 days following the actual substantial consummation of the plan);
    (c) a final report;
    (d) objections to proofs of claim or interests against the debtor's('s) estate; and
    (e) any modifications to the plan, provided, the plan has not been substantially consummated.

Any motion requesting an extension of the 90-day period must be filed before this period expires.

The trustee is authorized and directed to disburse any funds on hand in accordance with the terms of the confirmed plan.

A discharge pursuant to 11 U.S.C. § 1141(d) is granted to the debtor(s).

AND IT IS SO ORDERED.